IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GOMEZ ) | |
| ) | |
| ) | |
| ) | |
| v. ) | No.  19 CV 3031 |
| ) | Judge Pallmeyer |
| ) | |
| CITY OF CHICAGO, *et. al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, by his undersigned counsel and per this Court's Order respectfully submits the following Status Report:

In light of the fact that Plaintiff has pled guilty in the underlying State court criminal case, *People v. Gomez* (Circuit Ct. Cook County, Criminal Division), Plaintiff intends to submit a proposed Order dismissing this matter.

Respectfully Submitted,

**By: /s/Michael Leonard**

**One of the Attorneys for Plaintiff**

LEONARD TRIAL LAWYERS, LLC

120 N. LaSalle Street 20th Floor

Chicago, IL 60602

(312)380-6559 (phone)

(312)264-0671 (fax)

mleonard@leonardtriallawyers.com

## CERTIFICATE OF SERVICE

    The undersigned states that, on June 2, 2022, he caused the above to be served on all counsel of record by way of e-filing it, using this Court's ECF system.

        By: **/s/Michael Leonard**
        One of the Attorneys for Plaintiff