# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Angel NA Gomez NA
                    Plaintiff,

v.                                      Case No.: 1:19–cv–03031
                                              Honorable Rebecca R. Pallmeyer

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for his status report and will anticipate a further status report or motion to dismiss within 14 days. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.